G. Kevin Kiely, OSB No. 833950
gkkiely@cablehuston.com
Carla Scott, OSB No. 054725
cscott@cablehuston.com
CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP
1001 SW Fifth Avenue, Suite 2000
Portland, OR 97204-1136
Telephone: (503) 224-3092
Facsimile: (503) 224-3176

Of Attorneys for Plaintiff Soothing Touch, LLC and Sat Kartar S. Bird

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SOOTHING TOUCH, LLC**, a New Mexico Limited Liability Company; and **SAT KARTAR S. BIRD**, a New Mexico Resident,<br><br>Plaintiffs,<br><br>v.<br><br>**GOLDEN TEMPLE OF OREGON, LLC**, an Oregon Limited Liability Company, and **KARAM SINGH KHALSA**, an Oregon Resident,<br><br>Defendants. | Civil No. **3:10-cv-421-BR**<br><br>**PLAINTIFF SOOTHING TOUCH, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Plaintiff Soothing Touch, LLC, has no parent corporation or any publicly-held corporation owning 10% of its stock.

DATED: April 15, 2010

                    CABLE HUSTON BENEDICT HAAGENSEN
                    & LLOYD LLP


By: /s Carla Scott
    G. Kevin Kiely, OSB No. 833950
    Carla Scott, OSB No. 054725
    Of Attorneys for Plaintiff Soothing Touch LLC

Page 2 – PLAINTIFF SOOTHING TOUCH, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT