**UNITED STATES DISTRICT COURT**

District of Oregon
Portland Division

Soothing Touch, LLC et al,

                      Plaintiff(s)

vs.                                                Case No:    3:10-CV-421-BR

Golden Temple of Oregon, LLC, et al,

                      Defendant(s).

### Fed. R. Civ. P. 26(a)(1) Discovery Agreement

In accordance with LR 26-2, I state that the parties who have been served and who are not in default, have agreed to forego the disclosures required by Fed. R. Civ. P. 26(a)(1).

**DATED:**

| | |
|---:|:---|
| **Signature:** | *[signature]* |
| **Name & OSB ID:** | Vicki L. Smith, OSB #854410 |
| **e-mail address:** | smithv@lanepowell.com |
| **Firm Name:** | Lane Powell PC |
| **Mailing Address:** | 601 SW Second Avenue, Suite 2100 |
| **City, State, Zip:** | Portland, OR 97204 |
| **Phone Number:** | 503.778.2138 |
| **Parties Represented** | Defendants Golden Temple of Oregon and Karam Singh Khalsa |

cc:    Counsel of Record