**G. Kevin Kiely, OSB No. 833950**
gkkiely@cablehuston.com
**Carla Scott, OSB No. 054725**
cscott@cablehuston.com
CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP
1001 SW Fifth Avenue, Suite 2000
Portland, OR  97204-1136
Telephone:  (503) 224-3092
Facsimile:   (503) 224-3176

Of Attorneys for Plaintiffs Soothing Touch, LLC and Sat Kartar S. Bird

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SOOTHING TOUCH, LLC**, a New Mexico Limited Liability Company; and **SAT KARTAR S. BIRD**, a New Mexico Resident,<br><br>Plaintiffs,<br><br>v.<br><br>**GOLDEN TEMPLE OF OREGON, LLC**, an  Oregon Limited Liability Company, and **KARAM SINGH KHALSA**, an Oregon Resident,<br><br>Defendants. | Civil No. 3:10-cv-421-BR<br><br>**PLAINTIFFS' ANSWER TO DEFENDANTS' COUNTERCLAIM** |

Plaintiffs Soothing Touch, LLC and Sat Kartar S. Bird ("Plaintiffs") answer and respond to defendants Golden Temple of Oregon, LLC and Karam Singh Khalsa's ("Defendants") Counterclaim as follows:

/ / /

/ / /

Page  1 –  PLAINTIFFS' ANSWER TO DEFENDANTS' COUNTERCLAIM

1.

Plaintiffs admit the allegations contained in paragraphs 27 and 28.

2.

Plaintiffs deny the allegations contained in paragraphs 29 through 31.

.

DATED: July 12, 2010.

                              CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP

                              By:  s/ Carla Scott
                                  Carla Scott, OSB No. 054725
                                  Of Attorneys for Plaintiffs Soothing Touch LLC and Sat Kartar S. Bird