**G. Kevin Kiely, OSB No. 833950**
gkkiely@cablehuston.com
**Carla Scott, OSB No. 054725**
cscott@cablehuston.com
CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP
1001 SW Fifth Avenue, Suite 2000
Portland, OR  97204-1136
Telephone:  (503) 224-3092
Facsimile:   (503) 224-3176

Of Attorneys for Plaintiffs Soothing Touch, LLC and Sat Kartar S. Bird

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SOOTHING TOUCH, LLC**, a New Mexico Limited Liability Company; and **SAT KARTAR S. BIRD**, a New Mexico Resident,<br><br>Plaintiffs,<br><br>v.<br><br>**GOLDEN TEMPLE OF OREGON, LLC**, an  Oregon Limited Liability Company, and **KARAM SINGH KHALSA**, an Oregon Resident,<br><br>Defendants. | Civil No. 3:10-cv-421-BR<br><br>PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO AMEND THE PLEADINGS AND JOIN ADDITIONAL PARTIES |

Plaintiffs Soothing Touch, LLC and Sat Kartar S. Bird ("Plaintiffs") bring this unopposed motion for a one-week extension of the deadline in which to amend the pleadings and join additional parties from November 30, 2010 to December 7, 2010.

/ / /

/ / /

Page 1 –   PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO AMEND THE PLEADINGS AND JOIN ADDITIONAL PARTIES

Plaintiffs have conferred with Defendants and Defendants do not oppose this motion. (Scott Decl. ¶ 3).

In support of this motion, Plaintiffs rely on the pleadings on file and the Memorandum of Points and Authorities and the Declaration of Carla Scott filed concurrently herewith.

This request for extension of deadlines is not made for the purposes of delay.

DATED: November 29, 2010.

        CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP

        By: s/ Carla Scott
           Carla Scott, OSB No. 054725
           Of Attorneys for Plaintiffs Soothing Touch LLC
           and Sat Kartar S. Bird

CERTIFICATE OF SERVICE

I hereby certify that the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO AMEND THE PLEADINGS AND JOIN ADDITIONAL PARTIES** was served on:

Vicki Smith
Parna Mehrbani
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204-3158
Tele:  (503) 778-2138
Fax:  (503) 778-2200
smithv@lanepowell.com
mehrbanip@lanepowell.com

Of Attorneys for Defendants

by the following indicated methods or methods:

[✓]    **ELECTRONIC MAIL – CM/ECF** notice of electronic filing.

[ ]    by **MAILING** a full, true and correct copy thereof in a sealed, postage-paid envelope, addressed as shown above, and deposited with the U.S. Postal Service at Portland, Oregon, on the date set forth below.

[ ]    by causing a full, true and correct copy thereof to be **HAND-DELIVERED** to the party, at the address listed above on the date set forth below.

[ ]    by causing a full, true and correct copy thereof by **ELECTRONIC MEANS** to the party, at the party's last known email address listed above on the date set forth below.

[ ]    by sending a full, true and correct copy thereof via **OVERNIGHT COURIER** in a sealed, prepaid envelope, addressed to the Party as shown above, at the last known address of the attorney, on the date set forth below.

[ ]    by **FAXING** a full, true and correct copy thereof to the party, at the fax number shown above, which is the last-known fax number for the party's office, on the date set forth below.

DATED this 29th day of November 2010.

s/ Carla Scott
Carla Scott, OSB No. 054725
Of Attorneys for Plaintiffs

Page  1 – CERTIFICATE OF SERVICE