**G. Kevin Kiely, OSB No. 833950**
gkkiely@cablehuston.com
**Carla Scott, OSB No. 054725**
cscott@cablehuston.com
CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP
1001 SW Fifth Avenue, Suite 2000
Portland, OR  97204-1136
Telephone:  (503) 224-3092
Facsimile:   (503) 224-3176

Of Attorneys for Plaintiffs Soothing Touch, LLC and Sat Kartar S. Bird

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SOOTHING TOUCH, LLC**, a New Mexico Limited Liability Company; and **SAT KARTAR S. BIRD**, a New Mexico Resident,<br><br>Plaintiffs,<br><br>v.<br><br>**GOLDEN TEMPLE OF OREGON, LLC**, an Oregon Limited Liability Company, and **KARAM SINGH KHALSA**, an Oregon Resident,<br><br>Defendants. | Civil No. 3:10-cv-421-BR<br><br>**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO AMEND THE PLEADINGS AND JOIN ADDITIONAL PARTIES**<br>By Plaintiffs |

Pursuant to FRCP 6(b), Plaintiffs Soothing Touch, LLC and Sat Kartar S. Bird ("Plaintiffs") request that the Court grant a one-week extension of the deadline in which to amend the pleadings and join additional parties.  FRCP 6(b) states in relevant part that "the court for cause shown may at any time in its discretion . . . with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order."

Page 1 –   MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO AMEND THE PLEADINGS AND JOIN ADDITIONAL PARTIES

Plaintiffs consulted with an expert after receiving and reviewing documents produced by defendants and need additional time to continue that review. (Scott Decl. ¶ 2)

Accordingly, Plaintiffs request a one-week extension of the deadline in which to amend the pleadings and join additional parties from November 30, 2010, to December 7, 2010.

Defendants do not oppose such an extension. (Scott Decl. ¶ 3.)

DATED: November 29, 2010.

        CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP

        By: s/ Carla Scott
           Carla Scott, OSB No. 054725
           Of Attorneys for Plaintiffs Soothing Touch LLC
           and Sat Kartar S. Bird

CERTIFICATE OF SERVICE

I hereby certify that the foregoing **PLAINTIFFS' MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO AMEND THE PLEADINGS AND JOIN ADDITIONAL PARTIES** was served on:

Vicki Smith
Parna Mehrbani
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204-3158
Tele: (503) 778-2138
Fax: (503) 778-2200
smithv@lanepowell.com
mehrbanip@lanepowell.com

Of Attorneys for Defendants

by the following indicated methods or methods:

[✓]   **ELECTRONIC MAIL – CM/ECF** notice of electronic filing.

[ ]   by **MAILING** a full, true and correct copy thereof in a sealed, postage-paid envelope, addressed as shown above, and deposited with the U.S. Postal Service at Portland, Oregon, on the date set forth below.

[ ]   by causing a full, true and correct copy thereof to be **HAND-DELIVERED** to the party, at the address listed above on the date set forth below.

[ ]   by causing a full, true and correct copy thereof by **ELECTRONIC MEANS** to the party, at the party's last known email address listed above on the date set forth below.

[ ]   by sending a full, true and correct copy thereof via **OVERNIGHT COURIER** in a sealed, prepaid envelope, addressed to the Party as shown above, at the last known address of the attorney, on the date set forth below.

[ ]   by **FAXING** a full, true and correct copy thereof to the party, at the fax number shown above, which is the last-known fax number for the party's office, on the date set forth below.

DATED this 29th day of November 2010.

s/ Carla Scott
Carla Scott, OSB No. 054725
Of Attorneys for Plaintiffs